UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 06 2018 ★

LONG ISLAND OFFICE

| | |
|---|---|
| ALDEAN ISAAC ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiff,<br><br>v<br><br>CREDIT CONTROL SERVICES, INC. D/B/A CREDIT COLLECTION SERVICES,<br><br>Defendant. | Civil Action, File No. 2:17-cv-05197-ADS-GRB |

**STIPULATION OF DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against all Defendants with each party to bear its own costs and attorney's fees.

*/s/Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 629-7709

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, P.C.**

By: */s/ Joseph A. Hess, Esq.*
Joseph A. Hess, Esq.
88 Pine Street, 21st Floor
New York, New York 10005
(212) 376-6438
Jahess@mdwcg.com
*Attorneys for Defendants*

Case closed.  SO ORDERED.

*s/ Arthur D. Spatt*
_____
Arthur D. Spatt, U.S.D.J.

6/6/18
_____
Date